**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

----------------------------------------------------------------------X

IN RE:

Marilyn Evet Matheson,
         Debtor(s).

Case Number: 22-10466-MG
Chapter: 7

----------------------------------------------------------------------X

## OBJECTION TO DEBTOR'S MOTION TO REOPEN (DOC#50)

COMES NOW Specialized Loan Servicing LLC, as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee, ("Secured Creditor"), through the undersigned counsel, and files this Objection to Debtor's *Motion to Reopen and to be Heard* [Doc. No. 50](the "Motion"), as follows:

1. Secured Creditor, acting by or through its affiliates, subsidiaries, officers, directors, employees, agents, contractors, attorneys or any party acting on its behalf, denies that any actions in connection with the Debtor or the property described as 1183 Grenada Pl, Bronx, New York 10466 (a) were unlawful in any respect, or (b) constitute a violation of 11 U.S. Code § 524(a) or the Court's Order entered April 14, 2023 [Doc. No. 48].

2. Secured Creditor generally opposes Debtor's Motion.

**WHEREFORE**, Secured Creditor prays that Debtor's Motion be denied, together with such other relief as this Court deems just and proper.

Respectfully Submitted,

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
NYBK@BonialPC.Com
Attorney for Secured Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed July 31, 2023, and served upon all parties receiving notice electronically via the CM/ECF system, and the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on the July 31, 2023:

**Debtor**                    VIA U.S. MAIL
Marilyn Evet Matheson
PO Box 300007
Jamaica, New York 11430

**Debtor's Attorney**
N/A, DEBTOR IS PRO SE

**Chapter 7 Trustee**
Alan Nisselson
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**US Trustee**
United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

    Respectfully Submitted,

    /s/ Wesley T. Kozeny
    Wesley T. Kozeny